EASTERN DIST.
*December*, 1840.

GOLLAIN *vs.* JAMET.

GOLLAIN
*vs.*
JAMET.

APPEAL FROM THE PARISH COURT, FOR THE PARISH AND CITY OF NEW-ORLEANS.

Judgment, bearing ten per cent. interest, affirmed with five per cent. damages, as a delay case.

This is an action against the maker of a promissory note, identified with, and secured by mortgage. The plaintiff alleges that the defendant signed said note, payable to the order of, and endorsed by H. Chirane, bearing ten per cent interest per annum.

The defendant denies that he subscribed a simple note to the order of Chirane, as it is stated in the petition. The plaintiff made proof of signatures, and produced the note, protest and mortgage in evidence, and had judgment, from which, the defendant appealed.

*Bodin*, for the plaintiff, prayed the affirmance of judgment, with the maximum of damages, as a delay case.

*Preaux*, contra.

*Simon, J.*, delivered the opinion of the court.

This is a suit on a promissory note of hand, indentified with an act of convention al mortgage. The defendant pleaded the general issue, and judgment having been rendered against him, he took the present appeal.

We are satisfied that no error has been committed, and that this appeal has been taken only for delay; but the judgment bearing already ten per cent. interest, we think that the appellant ought to pay five per cent. damages, as for a frivolous appeal.

It is, therefore, ordered, adjudged and decreed, that the judgment of the Parish Court be affirmed, with costs, and with five per cent. damages.